# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ABDOUL KERIM AGBERE<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:21-MJ-253<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2, 2020__ in the city/county of __Prince William County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1344; 18 U.S.C §1349; 18 U.S.C §1028A | Financial Institution Fraud; Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Christopher Hood, AUSA
*Printed name and title*

*Complainant's signature*

Randy C. Combs, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means).*

Date: 7/20/2021

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa C. Buchanan
*Printed name and title*